1082

No. 05–7536. AGUILAR-CORTEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7537. ALBARENGA-VILLALOBO v. UNITED STATES; and ALANIS-GONZALES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7540. PLAISIR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–7554. LOZANO v. FRANK, SECRETARY, WISCONSIN DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.

No. 05–7570. ROMERO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–7571. SOSEBEE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–1519. JONES v. FULTON COUNTY, GEORGIA, ante, p. 816;
No. 04–9972. ALLEN v. UTAH, ante, p. 832;
No. 04–10207. PARTIN v. ARKANSAS, ante, p. 841;
No. 04–10224. JACKSON v. EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ante, p. 841;
No. 04–10265. CRAWFORD v. IOWA, ante, p. 843;
No. 04–10269. TURCUS v. OAKLAND COUNTY SHERIFF'S DEPARTMENT ET AL., ante, p. 843;
No. 04–10531. AVERY v. REED, SUPERINTENDENT, MANNING CORRECTIONAL INSTITUTION, ante, p. 857;
No. 04–10537. ELIAS v. UNITED STATES, ante, p. 857;
No. 04–10632. HOGROBROOKS v. SUPREME COURT OF ARKANSAS' COMMITTEE ON PROFESSIONAL CONDUCT ET AL.; and HOGROBROOKS v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS, ante, p. 862;
No. 05–5511. FRYER v. EVERSTINE, ante, p. 907;

No. 05–5627. TAYLOR v. CARROLL, WARDEN, ET AL., *ante,* p. 912;

No. 05–5901. RICCARDI v. UNITED STATES, *ante,* p. 919;

No. 05–5931. MARTIN v. VIRGINIA, *ante,* p. 948;

No. 05–5991. TURCUS v. AUTO CLUB GROUP INSURANCE CO. ET AL., *ante,* p. 982; and

No. 05–6028. MARTIN v. MACFARLAND, ADMINISTRATOR, SOUTH WOODS STATE PRISON, ET AL., *ante,* p. 948. Petitions for rehearing denied.

No. 05–5591. MURRAY v. FLEET MORTGAGE GROUP ET AL., *ante,* p. 958. Petition for rehearing denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 05–5337. PERKINSON v. GEORGIA, *ante,* p. 896. Motion for leave to file petition for rehearing denied.

DECEMBER 14, 2005

No. 05–7952 (05A516). NIXON v. MISSISSIPPI. Sup. Ct. Miss. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

No. 05–5681 (05A498). NIXON v. EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, *ante,* p. 1016. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for rehearing denied.

DECEMBER 15, 2005

No. 05–204. LEAGUE OF UNITED LATIN AMERICAN CITIZENS ET AL. v. PERRY, GOVERNOR OF TEXAS, ET AL.;

No. 05–254. TRAVIS COUNTY, TEXAS, ET AL. v. PERRY, GOVERNOR OF TEXAS, ET AL.;

No. 05–276. JACKSON ET AL. v. PERRY, GOVERNOR OF TEXAS, ET AL.; and

No. 05–439. GI FORUM OF TEXAS ET AL. v. PERRY, GOVERNOR OF TEXAS, ET AL. Appeals from D. C. E. D. Tex. [Probable